**Electronically Filed
Supreme Court
SCPW-24-0000693
10-MAR-2025
10:02 AM
Dkt. 14 ODDP**

SCPW-24-0000693

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GLENN TANIGUCHI, Petitioner,

vs.

THE HONORABLE KEVIN T. MORIKONE,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

MERIT APPEALS BOARD, STATE OF HAWAI'I; and
DEPARTMENT OF BUDGET AND FINANCE, STATE OF HAWAI'I, Respondents.
_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-23-0000934)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Malinao, in place of Devens, J., recused)

Upon consideration of the petition for writ of mandamus filed October 22, 2024, and the record, an extraordinary writ, such as a writ of mandamus, is not intended to be used in lieu of normal appellate procedures. See Womble Bond Dickinson (US)

LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawaiʻi Rules of Civil Procedure Rule 72(k) (eff. 2019).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 10, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Clarissa Y. Malinao

